UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JACK LONDON SQUARE ASSOCIATES, LLC,                            :
:
                    Plaintiff,                                    :
:    20-CV-3086 (JMF)
     -v-                                                       :
:    <u>ORDER</u>
ACCESS EQUITY GROUP, LLC,                                              :
:
                    Defendant.                                    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The default judgment hearing scheduled for **August 5, 2020** at **3:30 p.m.** will be held by remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the hearing by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

       As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall email the Court a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

       It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order **within one business day of the date of this Order** and, within **two business days of the date of this Order**, Plaintiff must file proof of such service on the docket.

       SO ORDERED.

Dated: July 31, 2020
       New York, New York                        _____
                                                             JESSE M. FURMAN
                                                        United States District Judge