UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK LONDON SQUARE ASSOCIATES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS EQUITY GROUP, LLC, a New York Limited Liability Company,<br><br>Defendant. | ECF CASE<br><br>No.: 1:20-cv-03086-JMF<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on April 16, 2020 by the filing of the Summons and Complaint, and Plaintiff Jack London Square Associates, LLC ("**Plaintiff**") having filed a First Amended Complaint on April 29, 2020, and a copy of the Summons and First Amended Complaint having been personally served on the Defendant Access Equity Group, LLC ("**Defendant**") on May 4, 2020 by personal delivery to Nancy Doughterty, who is authorized to accept service at the New York Secretary of State on behalf of Defendant, and a proof of service having been filed on May 13, 2020 and the Defendant not having answered the First Amended Complaint, and the time for answering the First Amended Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant in the liquidated amount of $250,000, with interest at 9% from the date of dishonor of the Letter of Credit amounting to $8,691.75, plus costs and disbursements of this action in the amount of $~~1,537.30~~ $775.65, amounting in all to $~~260,229.05~~ $259,467.40.

Dated:  New York, New York
              August 5, 2020                           _____
                                                                          Hon. Jesse M. Furman
                                                                          U.S. District Court Judge for the Southern District of New York

Plaintiff's motion for default judgment is granted. The Clerk of Court is directed to terminate ECF No. 24 and to close the case.

68098482v1